1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8       Social Security Administration
        160 Spear Street, Suite 800
9       San Francisco, CA 94105
10      Telephone: (415) 977-8825
        Facsimile: (415) 744-0134
11      Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROGELIO VALENZUELA, | ) Case No. 2:19-cv-00525-KS |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

//
//
//
//
//
//
//
//
//

-1-

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: October 16, 2019

HONORABLE JUDGE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE