# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO VALENZUELA,<br>　　　　　Plaintiff,<br>　v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>　　　　　Defendant. | NO. CV 19-525-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation for Award of Attorney's Fees Pursuant to EAJA 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on November 25, 2019, IT IS ORDERED that fees in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: November 26, 2019

　　　　　　　　　　　　　　　　　　　　　／s／ Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1